IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 1:05cr36-SPM/AK

DARNELL EDWARD KEYE, et al.,

      Defendants.
_____/

## SEALED ORDER DENYING MOTION TO CONSOLIDATE AS MOOT

Pending before the Court is the Sealed Motion of the United States to Consolidate Cases for Trial (doc. 57).  The motion is denied as moot in light of the Order Continuing Trial for All Defendants (doc. 63), dated October 5, 2005.

SO ORDERED this 18th day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge