IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO.: 1:05cr36-SPM/AK

DARNELL EDWARD KEYE, et al.,

    Defendants.
_____/

**ORDER SETTING DEADLINES TO REQUEST CONTINUANCE
AND TO SCHEDULE CHANGE OF PLEA**

To facilitate the orderly progress of trials scheduled for the week of December 12, 2005, it is

ORDERED AND ADJUDGED as follows:

1. Any party needing a continuance of trial may file a motion on or before November 23, 2005.

2. Any defendant desiring to plead guilty shall contact the Court on or before November 23, 2005 to schedule a change of plea.

DONE AND ORDERED this 2nd day of November, 2005.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge