IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:05cr36-SPM

DARNELL EDWARD KEYE,

          Defendant.
_____/

## ORDER CONTINUING SENTENCING

          For good cause shown, Defendant Darnell Edward Keye's unopposed

motion to continue sentencing (doc. 130) is granted.  Sentencing is reset for 1:30

p.m. on August 14, 2006.

          SO ORDERED this 26th day of June, 2006.

          _s/ Stephan P. Mickle_____

          Stephan P. Mickle
          United States District Judge