IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 1:05cr36-SPM

DARNELL EDWARD KEYE and
ALEX CHRISTOPHER LYONS,

     Defendants.
_____/

## ORDER CONTINUING SENTENCING HEARINGS

For good cause shown, the unopposed motions to continue sentencing for a period of sixty days by Defendant Darnell Edward Keye (doc. 136) and Defendant Alex Christopher Lyons (doc. 137) are granted. The sentencing hearings for Defendants Keye and Lyons are reset for 1:30 p.m. on October 2, 2006.

DONE AND ORDERED this 3rd day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge