IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr36-SPM

DARNELL EDWARD KEYE,

     Defendant.

_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Darnell Edward Keye's unopposed

motion to continue sentencing (doc. 142) is granted.  Sentencing is reset for 1:30

p.m. on December 11, 2006.

SO ORDERED this 25th day of September, 2006.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge